No. 74–808.  HALL v. WISCONSIN.  Appeal from Sup. Ct. Wis. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–707.  COMENOUT ET VIR v. BURDMAN, SECRETARY OF STATE OF WASHINGTON, ET AL.  Appeal from Sup. Ct. Wash.  Motion of Quinault Tribe of Indians et al. for leave to file a brief as *amici curiae* granted.  Appeal dismissed for want of substantial federal question.

No. 74–807.  TONASKET v. WASHINGTON ET AL.  Appeal from Sup. Ct. Wash.  Motion of Quinault Tribe of Indians et al. for leave to file a brief as *amici curiae* granted.  Appeal dismissed for want of substantial federal question.

No. 74–769.  KILIAN MANUFACTURING CORP. v. NEW YORK STATE DIVISION OF HUMAN RIGHTS.  Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 74–5597.  BRADFORD ET AL. v. LOUISIANA.  Appeal from Sup. Ct. La. dismissed for want of substantial federal question.

No. 74–719.  NEALE ET VIR v. HAYDUK ET AL.  Appeal from Ct. App. N. Y. dismissed for failure to file notice of appeal within the time provided by this Court's Rule 11 and 28 U. S. C. § 2101 (c).

No. 74–5776.  FAHRIG ET AL. v. COTTERMAN ET AL.  Appeal from Ct. App. Ohio, Montgomery County, dismissed for want of substantial federal question.